

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS **FILED**
EASTERN DIVISION

MAY 1 7 2007

| | | |
|---|---|---|
| JIMMY MORALES, JR, | ) | JUDGE JOHN W. DARRAH |
| Plaintiff, | ) | UNITED STATES DISTRICT COURT |
| v. | ) | No. 05 C 6845 |
| CITY OF CHICAGO, Chicago Police Officers Corey Flagg (Star No. 9386), Broderick Jones (Star No. 17432), R. Palomino (Star No. 18473), J. Knezevich (Star No. 13165) and E. Padilla (Star No. 8158), | ) | Judge John W. Darrah<br><br>Magistrate Judge Mason |
| Defendants. | ) | |

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiff, Jimmy Morales, by one of his attorneys, Brendan Shiller, Law Office of Brendan Shiller, LLC, and defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendants Ralph Palomino, John Knezevich and Elise Padilla by one of their attorneys, Thomas J. Platt, Chief Assistant Corporation Counsel, herein stipulate and agree to the following:

1.  This action has been brought by plaintiff, Jimmy Morales, Jr. against defendants, City of Chicago and defendants Ralph Palomino, John Knezevich, Elise Padilla and the other named defendants and makes certain allegations contained in plaintiff's complaint.

2.  Defendants deny each and every allegation of wrongdoing as stated in plaintiff's complaint, and, further, deny liability.

3.  The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and

employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiff and his attorney agree that they or any firm with which said attorney is affiliated or with which said attorney may later become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff, Jimmy Morales, Jr., agrees to dismiss with prejudice all of his claims against defendants, City of Chicago, and the individual defendants, Ralph Palomino, John Knezevich, Elise Padilla and the other named defendants, with each side bearing its own costs and attorneys' fees.

5. Plaintiff, Jimmy Morales, Jr. accepts a settlement from defendant, City of Chicago, in the total amount of FORTY TWO THOUSAND AND NO/100 ($42,000.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago agrees to pay plaintiff the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and plaintiff and/or his attorney agree that they will not seek payment from any source other than the

City of Chicago. The settlement check will be made payable to plaintiff, each of his attorneys, and lien claimants, if any, of which the City has notice.

7.  In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff agrees to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, the individual defendants, Ralph Palomino, John Knezevich, Elise Padilla and the other named defendants, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiff under this settlement entered pursuant to this Release and Settlement Agreement.

8.  Plaintiff, upon advice of counsel, understands and agrees that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiff does hereby release and forever discharge on behalf of himself and his heirs, executors, administrators and assigns, all claims he had or has against the individual defendants, Ralph Palomino, John Knezevich, Elise Padilla and the other named defendants, and the City of Chicago, and its future, current or former officers, agents and employees, including but not limited to all claims he had, has or may have in the future, for any incident arising either directly or indirectly out of the incident which was the basis of this litigation, or for any other claims plaintiff may have for any other incidents or events occurring up to and through the date of this release against the City of Chicago, and its future, current or former officers, agents and employees, under local, state, or federal law, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, plaintiff represents that he has relied upon the advice of his attorney, who is the attorney of his own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to him by his attorney, and that those terms are fully understood and voluntarily accepted by plaintiff. Plaintiff also represents and warrants that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that he and his attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

Jimmy Morales
Jimmy Morales, Jr., plaintiff

Address: 5819 W. 16ST
CICERO, IL, 60804

Date of birth: 06/05/80

*SSN:
*Providing SSN is voluntary

Brendan Shiller
Attorney for plaintiff,
Jimmy Morales, Jr.
36 S. Wabash, Suite 1310
Chicago, Illinois 60603
(312)-332-6462

Jon F. Erickson,
Attorney for plaintiff
Oppenheimer and Erickson
1051 W. Belmont
Chicago, Illinois 60657
DATE: 5-3-2007

City of Chicago
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: 
George J. Yamin, Jr.
Senior Assistant Corporation Counsel
30 North LaSalle Street
Suite 1610
Chicago, Illinois 60602
(312) 744-0454

DATE: 5-15-07

Thomas J. Platt
Chief Assistant Corporation Counsel
Attorney for defendant(s),
Ralph Palomino, John Knezevich
and Elise Padilla
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Attorney No. 06181260
DATE: 5/15/07

5